UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE WILLIAMS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; DOLLAR THRIFTY AUTOMOTIVE GROUP, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-03661-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:       January 16, 2015<br>Time:       11:00 a.m.<br>Courtroom:  5<br>Judge:      Honorable Jeffrey S. White |

The Parties to the above-captioned action have stipulated to continue the January 16, 2015 Case Management Conference to the first available date when the parties are available consistent with the Court's on-line calendar. Because the parties have shown good cause to continue this matter, On that basis, the Court orders as follows:

| | |
|---|---|
| Case Management Conference has been continued to: | February 6, 2015 |

[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 14-cv-03661-JSW

4852-1904-3617.1

1  A Joint CMC Statement will be due no later than seven days prior to the new date set for
2  the conference, above.

3  **IT IS SO ORDERED:**
4

5
6  Dated: December 12, 2014   _____
7  THE HONORABLE JEFFREY S. WHITE
   Judge of the United States District Court

-2-
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 14-cv-03661-JSW

4852-1904-3617.1