# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE WILLIAMS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE HERTZ CORPORATION, a Delaware corporation, DOLLAR-THRIFTY AUTOMOTIVE GROUP, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.  4:14-cv-03661-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND TERMINATING MOTIONS AS MOOT |

Pursuant to the parties' stipulation,

　　Plaintiff Valerie Williams's request for leave to file a First Amended Complaint, is hereby GRANTED. Plaintiff shall file a First Amended Complaint by January 26, 2015. The motions to dismiss filed by the Defendants are hereby terminated as moot.

IT IS SO ORDERED.

Dated: January 22, 2015

　　　　　　　　　　　　　　　　　__/s/ Jeffrey S. White__
　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE

1

[Proposed] Order Granting Leave to File First Amended Complaint