# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE WILLIAMS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation, DOLLAR-THRIFTY AUTOMOTIVE GROUP, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:14-cv-03661-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

The Court concludes the parties have shown good cause to continue, and, therefore,

The Parties' request to continue the case management conference currently scheduled for April 10, 2015 to April 17, 2015, is hereby GRANTED.

IT IS SO ORDERED.

Dated: January 30, 2015

_____
HON. JEFFREY S. WHITE

1

[Proposed] Order Granting Joint Request to Continue Case Management Conference