IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE WILLIAMS, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

THE HERTZ CORPORATION, et al.,

    Defendants.

No. C 14-03661 JSW

**AMENDED ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**

This matter is scheduled for an initial case management conference on April 17, 2015. The Court has considered the parties' joint case management statement, and it HEREBY VACATES the initial case management conference and issues this AMENDED ORDER as follows:

1. Defendants states that they anticipate filing "one or more dispositive motions." Under this Court's Standing Orders, "[a]bsent of a showing of good cause, the Court will address only one motion for summary judgment per side." (Civil Standing Order ¶ 9.) The Court will **not** permit Defendants to file more than one dispositive motion, without a formal motion seeking such relief.

2. The parties also appear to dispute whether discovery should be phased. The manner in which that dispute should be presented to the Court is by way of a joint letter brief. (*See* Civil Standing Order ¶ 8.)

3. The parties shall meet and confer regarding the selection and timing of an ADR process and shall submit a stipulation and proposed order to the Court by May 1, 2015. If the

1  parties are unable to agree on the form or timing, they shall request an ADR phone conference,
2  so that the Court may receive a recommendation from the ADR department.
3      4.    The parties shall appear for a further case management conference on Friday,
4  June 26, 2015 at 11:00 a.m., and shall submit an updated joint case management statement with
5  a proposed schedule by June 19, 2015.
6      **IT IS SO ORDERED.**

8  Dated: April 6, 2015

    JEFFREY S. WHITE
9      UNITED STATES DISTRICT JUDGE